No. 679. FRIBOURG NAVIGATION Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari granted. *Simon H. Rifkind* and *James B. Lewis* for petitioner. *Solicitor General Cox* for respondent.

No. 711, Misc. HICKS *v.* DISTRICT OF COLUMBIA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Case transferred to the appellate docket. *Melvin L. Wulf, Lawrence Speiser* and *Monroe Friedman* for petitioner. *Chester H. Gray, Milton D. Korman, Hubert B. Pair* and *Ted D. Kuemmerling* for respondent.

No. 226. FORTSON, SECRETARY OF STATE OF GEORGIA *v.* DORSEY ET AL. C. A. 5th Cir. Certiorari denied. *Eugene Cook,* Attorney General of Georgia, and *Paul Rodgers,* Assistant Attorney General, for petitioner. *William C. O'Kelley, Edwin F. Hunt* and *Charles A. Moye, Jr.,* for respondents.

No. 696. R. D. MCALLISTER & SON ET AL. *v.* CITY OF ERIE. Supreme Court of Pennsylvania. Certiorari denied. *John M. Wolford* and *Ernest Schein* for petitioners.

No. 555. RIVER BRAND RICE MILLS, INC. *v.* GENERAL FOODS CORP. C. A. 5th Cir. Certiorari denied. *Marcus B. Finnegan* and *William W. Beckett* for petitioner. *Ralph H. Hudson* and *Jack W. Hayden* for respondent.